## NATIONAL ASBESTOS WORKERS MEDICAL FUND, et al., Petitioners–Plaintiffs,

v.

## PHILLIP MORRIS, INC., et al., Respondents–Defendants.

### Docket No. 00–8038.

United States Court of Appeals, Second Circuit.

Nov. 2, 2001.

Present: WALKER, Chief Judge, JACOBS, and LEVAL, Circuit Judges.

Petitioners-plaintiffs have filed a petition, pursuant to Rule 23(f) of the Federal Rules of Civil Procedure and Rule 5 of the Federal Rules of Appellate Procedure, for permission to appeal two orders of the district court that, *inter alia,* denied their request for class certification. Upon due consideration, it is ORDERED that the motion is denied because petitioners have failed to satisfy the standard enunciated in *Sumitomo Copper Litigation v. Credit Lyonnais Rouse, Ltd.,* 262 F.3d 134, 139–40 (2d Cir.2001), for the grant of an interlocutory appeal from a district court's class certification opinion.